AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Jalise Middleton<br><br>*Defendant* | ) Case: 1:21-mj-00381<br>) Assigned To : Meriweather, Robin M.<br>) Assign. Date : 4/16/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   __Jalise Middleton__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. §§ 1512(c)(2) and 2 - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds, 40 U.S.C. § 5104(e)(2)(F) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:   04/16/2021                                                    2021.04.16 14:57:48 -04'00'
                                                                             *Issuing officer's signature*

City and state:   Washington, D.C.                    Robin M. Meriweather, U.S. Magistrate Judge
                                                                             *Printed name and title*

### Return

This warrant was received on *(date)* 4/20/2021, and the person was arrested on *(date)* 4/21/2021
at *(city and state)* Forestburg, TX.

Date: 4/21/2021

                                                                             *Arresting officer's signature*

                                                                             Neelan, Tim   FBI - SA
                                                                             *Printed name and title*